USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

   MAZZA NEW YORK LLC,

                          Plaintiff,

           -against-

   TERENCE CRAWFORD,

                     Defendant.

---------------------------------------------------------------- X

1:26-cv-1077-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

     This action was removed from the Supreme Court of the State of New York, County of New York, on February 9, 2026.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than February 23, 2026.

     SO ORDERED.

Dated:  February 10, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge